IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ALBERT EDMOND
VS.                                                                                          CIVIL ACTION NO. 2:03cv407

NATHANIEL SCOTT, ET AL

AND

ALBERT EDMOND
VS.                                                                                          CIVIL ACTION NO. 2:03cv467
DON LEWIS, ET AL

## ORDER

Case Number 2:03cv407, *Albert Edmond v. Scott*, was before the Court on April 13, 2006, for a pre-trial conference. Present for the pre-trial conference were Plaintiff, Albert Edmond, *Pro Se* and Jim Norris, representing the served Defendants. Mr. Norris brought up the fact that there was a subsequent case set for trial on this Court's docket, being Case Number 2:03cv467 and further, Mr. Edmond requested to waive jury trial on both cases pending on this Court's docket. After conferring with the parties, this Court granted the request of Mr. Edmond to waive jury trial and recommended consolidating the two cases for trial on one setting for May 16, 2006 and both sides being in agreement, the same are consolidated for trial purposes:

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above two cases are consolidated for purposes of trial, which is set for May 16, 2006. The trial will be a bench trial, as jury trial has been waived by both sides. A revised pre-trial order will be submitted to the Court within ten days of April 13, 2006.

SO ORDERED AND ADJUDGED on this, the 18th day of April, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE

Case 2:03-cv-00407-KS-MTP   Document 43   Filed 04/18/06   Page 2 of 2